UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA L. ADAMS,<br><br>              Plaintiff,<br><br>    v.<br><br>MARK MARKLAND, et al.,<br><br>              Defendants. | Case No. 24-cv-7244-SPG (AGR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

**IT IS ORDERED** that:

    1.    Claims One, Two, and Three in the complaint are dismissed with leave to amend, insofar as these claims are based on incidents in California;

    2.    Claim Four in the complaint is dismissed without leave to amend; and

3. All claims in the complaint based on incidents in Colorado and Wyoming are dismissed without prejudice to their filing in a court with jurisdiction and proper venue.

The case is referred back to the Magistrate Judge for further proceedings.

DATED: October 7, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE