JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LATOYA L. ADAMS,

                    Plaintiff,

        v.

MARK MARKLAND, in his individual and official capacities; AUBREY WENGLO, in her individual and official capacities; BUNGALOW RESTAURANT SECURITY; JUSTIN HERNANDEZ, in his individual and official capacities; and SANTA MONICA POLICE DEPARTMENT,

                    Defendants.

Case No. 2:24-cv-07244-SPG (AGR)

**ORDER OF DISMISSAL**

In August 2024, Plaintiff LaToya Adams ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action asserting that Defendants Mark Markland, Aubrey Wenglo, the Bungalow Restaurant, Justin Hernandez, and the Santa Monica Police Department violated her civil rights. *See* (ECF No. 1 ("Complaint")).  In September 2025, the Magistrate Judge issued a Report and Recommendation that recommended dismissing: (1) Claims One through Three in the Complaint with leave to amend; (2) Claim Four with

-1-

prejudice; and (3) all claims based on incidents outside the State of California without prejudice to refiling in a court with jurisdiction. *See* (ECF No. 16 ("Report")).

In October 2025, the Court issued an Order Accepting the Report and Recommendation and referred the case back to the Magistrate Judge for further proceedings. *See* (ECF No. 19). On October 10, 2025, the Magistrate Judge issued an order requiring Plaintiff to file a First Amended Complaint, if she chose to do so, within 30 days. *See* (ECF No. 20). The order cautioned Plaintiff that "if she [did] not file a First Amended Complaint on or before November 10, 2025, this entire action may be dismissed." (ECF No. 20). The order also advised Plaintiff that Public Counsel's Federal Pro Se Clinic provides information to parties who represent themselves in federal court. *See* (*id.*). To date, Plaintiff has failed to timely file a First Amended Complaint or request an extension of time to do so. Accordingly, IT IS ORDERED that the action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED:  January 28, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-