# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LATOYA L. ADAMS,

                Plaintiff,

       v.

MARK MARKLAND, in his individual and official capacities; AUBREY WENGLO, in her individual and official capacities; BUNGALOW RESTAURANT SECURITY; JUSTIN HERNANDEZ, in his individual and official capacities; and SANTA MONICA POLICE DEPARTMENT,

                Defendants.

Case No. 2:24-cv-07244-SPG (AGR)

**JUDGMENT**

-1-

Pursuant to the Order of Dismissal, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice, and the case is closed.

**IT IS SO ORDERED.**

DATED:  January 30, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-